UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  E. I. DU PONT DE
NEMOURS AND COMPANY C-8
PERSONAL INJURY LITIGATION

Case No. 2:13-md-2433

CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth Preston Deavers

**This document relates to:**

*Larry Ogle Moody v. E. I. du Pont de Nemours and Company,*
Case No. 2:15-cv-803

## PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201, Plaintiff Larry Ogle Moody hereby requests that the Court take judicial notice of the following adjudicative facts which are not subject to reasonable dispute:

1. Plaintiff's Exhibit P1.2543 (EID951145-EID951147) was written by Roger J. Zipfel.

2. On October 4, 1991, Mr. Zipfel was a supervisor at DuPont's Washington Works facility who had supervisory responsibility for C-8 reduction and safety-related programs for DuPont.

3. Mr. Zipfel wrote Exhibit P1.2543 on October 4, 1991, after a meeting with Mr. Gerry Kennedy, who was then a scientist at DuPont's Haskell Laboratories, and with Dr. Bruce Karrh, who was then DuPont's Medical Director.

4. Mr. Zipfel was one of the DuPont employees who had decision-making authority at DuPont with respect to the safety of C-8.

In support hereof, Plaintiff refers this Court to the trial testimony of Roger J. Zipfel, taken in (*David Freeman v. E.I. DuPont de Nemours and Company, Case No. 2:13-cv-1103*), on June 22-23, 2016, at the following pages: 15-229:21 to 15-229:22; 15-231:24 to 15-236:23; 15-239:3 to 15-240:20, 15-242:24 to 15-243:6, 16-108:22 to 16-119:1 (Attachment "A").

*/s/ Michael A. London*
Michael A. London
Douglas & London, P.C.
59 Maiden Lane, 6th Floor
New York, NY 10038
Telephone: 212-566-7500
Fax: 212-566-7501
Email: mlondon@douglasandlondon.com

Jon C. Conlin
Cory Watson, P.C.
2131 Magnolia Ave., Suite 200
Birmingham, AL 35205
Telephone: 205-328-2200
Fax: 205-324-7896
Email: jconlin@corywatson.com

Robert A. Bilott
Taft Stettinius & Hollister LLP
Cincinnati, Ohio 45202-3957
Telephone: 513-381-2838
Fax: 513-381-0205
Email: Bilott@taftlaw.com
Plaintiffs' Steering Committee Co-Lead Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed with this Court's CM/ECF on this 31st day of October, 2016 and was thus served electronically upon all counsel of record.

*Michael A. London*
Michael A. London