**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: E. I. DU PONT DE NEMOURS AND COMPANY C-8 PERSONAL INJURY LITIGATION** | **CASE NO. 2:13-MD-2433** |
| | **JUDGE EDMUND A. SARGUS, JR.** |
| This document relates to: | **MAGISTRATE JUDGE ELIZABETH P. DEAVERS** |
| *Moody v. E. I. du Pont de Nemours and Company*, Case No. 2:15-CV-803 | |

**STIPULATION FOR *MOODY* CASE REGARDING PROOF OF PLAINTIFF'S PRIMARY RESIDENCE**

Based upon the Court's guidance at the Second Final Pretrial Conference on November 7, 2016 [ECF No. 4832 at pp.201 – 05], in the *Vigneron* case, and in the interests of efficient use of time and resources before and at trial, as well as to obviate the need to litigate objections to Plaintiff Larry Moody's numerous exhibits offered to prove his residency, the Parties hereby stipulate that Plaintiff's primary places of residence were at the following addresses during the corresponding years:

| Residence Address | Years of Residency |
|---|---|
| State Route 339, Belpre, OH 45214 | 1992 |
| 520 Elm Street, Belpre, OH 45714 | 1992 – 1994 |
| 502 Elm Street, Belpre, OH 45715 | 1994 -2003 |
| 1610 Hill Street, Belpre, OH 45714 | 2004 |
| 4242 School House Road, Little Hocking, OH 45742 | 2004-2005 |

1

This Stipulation, for similar reasons discussed at the Conference on November 7, 2016, obviates the need for Plaintiff's exhibit numbers P2.32, P2.36, P2.37, P2.40 – 44, and P2.115 for the purpose of proving residency, which also renders as moot DuPont's objections to the same.

While fully preserving all objections and arguments for appeal, and subject to the right of either party to, in good faith, request a different ruling related to the facts above or the admissibility of the identified exhibits, if and as needed at trial based on the specific circumstances of the *Moody* case, the Parties stipulate and agree that the above facts have been established by prior sworn testimony of witnesses in this case, and Plaintiff's certified discovery responses.

**STIPULATED AND AGREED.**

*s/ Michael A. London*
Michael A. London
DOUGLAS & LONDON, P.C.
59 Maiden Lane, 6th Fl.
New York, New York 10038
(212) 566-7500 (Phone)
(212) 566-7501 (Fax)

Robert A. Bilott
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3597
(513) 381-2838 (Phone)
(513) 381-0205 (Fax)

Jon C. Conlin
CORY WATSON PC
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35202
(205) 328-2200 (Phone)
(205) 324-7896 (Fax)

*Co-Leads of Plaintiffs' Steering Committee*

*And*

*s/ Aaron T. Brogdon*
C. Craig Woods (0010732)
Aaron T. Brogdon (0081858)
John R. Gall (0011813)
Aneca E. Lasley (0072366)
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio  43215
(614) 365-2700 (Phone)
(614) 365-2499 (Fax)

D. Patrick Long (Trial Attorney) (*pro hac vice*)
SQUIRE PATTON BOGGS (US) LLP
2000 McKinney Ave, Suite 1700
Dallas, TX 75201
(214) 758-1500 (Phone)
(214) 758-1550 (Fax)

Damond R. Mace (0017102)
Stephen M. Fazio (0076873)
Stephanie E. Niehaus (0075511)
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114
(216) 479-8500 (Phone)
(216) 479-8780 (Fax)
\
*Attorneys for Defendant E. I. du Pont de Nemours and Company*

**IT IS SO ORDERED.**

Date: _____                    _____

                                            EDMUND A. SARGUS, JR.
                                            CHIEF UNITED STATES DISTRICT JUDGE