# CIVIL MINUTES

2:15-CV-803
Larry Moody v. E.I. du Pont de Nemours & Co.

## CIVIL JURY TRIAL

### Day 16

**held on Monday, February 13, 2017**
**8:30 a.m.**
**before Chief Judge Edmund A. Sargus, Jr.**

Darla Coulter, AM Court Reporter

Telephone Conference with counsel in chambers.
Court met with counsel prior to today's proceedings.
Case was reported settled.
Jury was dismissed from service.


Penny Barrick, Law Clerk
Melissa Saddler, Courtroom Deputy