Ex. B

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| IN RE: E. I. DU PONT DE NEMOURS AND COMPANY C-8 PERSONAL INJURY LITIGATION | CASE NO. 2:13-MD-2433 |
| | JUDGE EDMUND A. SARGUS, JR. |
| **This document relates to:** | MAGISTRATE JUDGE ELIZABETH P. DEAVERS |
| *Moody v. E. I. du Pont de Nemours & Co.*, 15-cv-803 | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Larry O. Moody, and Defendant, E. I. du Pont de Nemours and Company, hereby stipulate to a dismissal of this action with prejudice. Each party shall bear its own costs and attorney fees.

By: _____

Michael A. London
**Douglas & London, P.C.**
59 Maiden Lane, 6th Fl.
New York, New York 10038
Ph: 212-566-7500
Fax: 212-566-7501

*Attorneys for the plaintiff(s)*

By: _____

Stephen M. Fazio
**SQUIRE PATTON BOGGS**
4900 Key Tower
127 Public Square
Cleveland, Ohio
Ph: 216-479-8500
Fax: 216-479-8780

*Attorneys for the defendant*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was electronically filed with this Court's CM/ECF system on this 25th day of May 2017 and accordingly served automatically upon all counsel of record for this matter.

*s/ Stephen M. Fazio*
Stephen M. Fazio